UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pernell Warren

Write the full name of each plaintiff.

No. **18 CV 4410**

(To be filled out by Clerk's Office)

-against-

The City of New York
Department of Corrections

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Pernell / R / Warren
**First Name** / **Middle Initial** / **Last Name**

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3101700589
**Prisoner ID #** (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhattan Detention Complex
**Current Place of Detention**

125 White Street
**Institutional Address**

New York / New York / 10013
**County, City** / **State** / **Zip Code**

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: **The City of New York**

| First Name | Last Name | Shield # |
|---|---|---|

The City of New York

Current Job Title (or other identifying information)

1 Centre Street

Current Work Address

| New York | NY | 10007 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2: **The Department of Corrections**

| First Name | Last Name | Shield # |
|---|---|---|

The Department of Corrections

Current Job Title (or other identifying information)

125 White Street

Current Work Address

| New York | NY | 10013 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

Defendant 4:

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __Manhattan Detention Complex 9 East__

Date(s) of occurrence: __10·11·16__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On October 11, 2017. I Pernell Warren was in 9 East housing area in Manhattan detention Complex. At around 5:30 pm the C.O annoced that dinner was being served. I then went to recieve my tray with my food. We had chili, rice, beans, and an apple. I then sat down and began eatting me food. Soon after I started feeling dizzy and my mouth was really dry. When I looked around I noticed other inmates vomiting and calling for help. I then starting vomitting and ran to my cell. The C.O called for a medical emergency, but there was no response until (2) hours later. During that time I was still vomitting and was diarrea alot. The Captain came laughing and only took (2) inmates with her. The rest of the inmates had to wait including me until the next day. I was threated that if I go to the clinic I would be put in a blood house. I had to stay out my cell until the next tour just to go down to the clinic. The C.O's also made jokes how somebody put rat poison in our food. The department of corrections denied me medical attention and also for not supervising the cooks & workers in kitchen. And the city of NewYork for employing the workers, and allowing rat poison to be put in my food.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Abdominal discomfort, vomitting, headache, and diarrea. Infectious gastroenteritis and colitis. Alum & Mag hydroxide - simeth Suspension, 400-400-40 MG/5mL Total Dose: 30cc, Orally, Milk of Magnesia 1200 mG/15mL, and Mylanta

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$1,000,000.00

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

05·10·18
**Dated**

*Pernell Warren*
**Plaintiff's Signature**

Pernell | R | Warren
**First Name** | **Middle Initial** | **Last Name**

125 white street
**Prison Address**

New York | New York | 10013
**County, City** | **State** | **Zip Code**

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6



**WARREN, PERNELL**
NYSID: 05902550Z  BookCase: 3101700589
Facility Code: MDC Housing Area: 9E
29 Y old Male, DOB: 02/02/1988
Account Number: 258183
292 DELANCY STREET, 4B, NEW YORK, NY-10002

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

10/16/2017

Appointment Provider: Joseph Mccready, PA

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. Feels sick following ingestion of meal with ??foreighn substance

**History of Present Illness**
VISIT COMPLEXITY SCALE:
   NON-INTAKE ACUITY
     Non-Intake Acuity Scale *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*
     mccread pa note: Pt reports he still feels sick following ingestion of a meal that ??contained a foreign substance. He reports headache, neasea,.
NURSING ROS:
   12:30 AM STAT MEDICATION GIVEN: MILK OF MAGNESIA SUSPENSION (1200MG/15ML) 30CC ORALLY FOR OTHER CONSTIPATION. MEDICATION TOLERATED WELL NO ADVERSE REACTION NOTED. MEDICATION TEACHING DONE PT VERBALIZED UNDERSTANDING. E. WILLIAMS, LPN.

**Vital Signs**

| BP | |
|---|---|
| 117/69 | 10/16/2017 11:48:14 PM Eastern Standard Time    Joseph Mccready |
| **Pulse** | |
| 72 | 10/16/2017 11:48:14 PM Eastern Standard Time    Joseph Mccready |
| **RR** | |
| 14 | 10/16/2017 11:48:14 PM Eastern Standard Time    Joseph Mccready |
| **Temp** | |
| 98.9 | 10/16/2017 11:48:14 PM Eastern Standard Time    Joseph Mccready |
| **SaO2** | |

Patient: WARREN, PERNELL   DOB: 02/02/1988   Progress Note: Joseph Mccready, PA   10/16/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...   12/14/2017

| 99 | 10/16/2017 11:48:14 PM Eastern Standard Time    Joseph Mccready |

11769.

### Examination
General Examination:
    GENERAL APPEARANCE: non-toxic, no acute distress.
    HEENT: atraumatic, PERRLA.
    ORAL CAVITY: clear, mucosa moist.
    NECK: supple.
    HEART: normal, RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal S1S2.
    LUNGS: clear to auscultation, good air exchange, no wheezes.
    ABDOMEN: soft, minimal tenderness LUQ/ND, BS present.
    NEUROLOGIC EXAM: alert and oriented x 3, CN's II-XII grossly intact.
    MENTAL STATUS: alert, oriented to person, oriented to place, oriented to time, normal, full affect, euphoric affect, no thought disorder.

### Assessments
1. Functional dyspepsia - K30
2. Other constipation - K59.09

### Treatment
**1. Other constipation**
Start Milk of Magnesia Suspension, 1200 MG/15ML, Total Dose: 30cc, Orally--1st dose stat, Twice a Day, 1 days, Refills 0, Drug Source: Pharmacy

**Appointment Provider: Joseph Mccready, PA**



Electronically signed by Joseph Mccready PA on 12/14/2017 at 09:27 AM EST
Sign off status: Pending

---

Patient: WARREN, PERNELL   DOB: 02/02/1988   Progress Note: Joseph Mccready, PA   10/16/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...   12/14/2017

**Manhattan Detention Center**
125 White Street
New York, NY 10013
Tel: 347-774-7000
Fax: 347-774-8088

Patient: WARREN, PERNELL    DOB: 02/02/1988    Progress Note: Joseph Mccready, PA    10/16/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**WARREN, PERNELL**
NYSID: 05902550Z  BookCase: 3101700589
Facility Code: MDC  Housing Area: 9E
29 Y old Male, DOB: 02/02/1988
Account Number: 258183
292 DELANCY STREET, 4B, NEW YORK, NY-10002

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

10/12/2017                                     Appointment Provider: Francisco Peguero, PA

**Current Medications**
Taking
- Alum & Mag Hydroxide-Simeth 400-400-40 MG/5ML Suspension Total Dose: 30cc stat, stop date 10/13/2017, Drug Source: Pharmacy

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. Abdominal discomfort

**History of Present Illness**
Notes::
    Patient comes in stating that he had food poisoning X last night at approximately 5:30 pm and is still experiencing slight abdominal discomfort. Patient states he vomited X 3 since last night and had mild diarrea, non at this time..
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale  2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)

**Vital Signs**

| BP | | |
|---|---|---|
| 129/78 | 10/12/2017 12:26:43 PM Eastern Standard Time | Francisco Peguero |
| **Pulse** | | |
| 80 | 10/12/2017 12:26:43 PM Eastern Standard Time | Francisco Peguero |
| **RR** | | |
| 14 | 10/12/2017 12:26:43 PM Eastern Standard Time | Francisco Peguero |
| **Temp** | | |
| 97.3 | 10/12/2017 12:26:43 PM Eastern Standard Time | Francisco Peguero |
| **SaO2** | | |
| 100 | 10/12/2017 12:26:43 PM Eastern Standard Time | Francisco Peguero |

Patient: WARREN, PERNELL   DOB: 02/02/1988   Progress Note: Francisco Peguero, PA   10/12/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...   12/14/2017

**Examination**
General Examination:
    GENERAL APPEARANCE: no acute distress.
    HEENT: PERRLA, EOMI.
    NECK: supple.
    HEART: normal S1S2.
    CHEST: no chest wall tenderness.
    LUNGS: no wheezes/rhonchi/rales.
    ABDOMEN: soft, NT/ND, BS present, non tender, non distended.
    EXTREMITIES: normal ROM.
    MENTAL STATUS: alert, oriented to person, oriented to place, oriented to time.

**Assessments**
1. Infectious gastroenteritis and colitis, unspecified - A09

**Treatment**
**1. Infectious gastroenteritis and colitis, unspecified**
Notes: Patient advised to avoid dairy products
Continue on a clear liquid diet
30 cc of Mylanta given
RTC as needed.

**Follow Up**
prn (Reason: sct)

Disposition: Return to Current Housing

**Appointment Provider: Francisco Peguero, PA**

**Electronically signed by Francisco Peguero PA, PA on 10/12/2017 at 01:09 PM EDT**

Sign off status: Completed

Manhattan Detention Center

Patient: WARREN, PERNELL   DOB: 02/02/1988   Progress Note: Francisco Peguero, PA   10/12/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

125 White Street
New York, NY 10013
Tel: 347-774-7000
Fax: 347-774-8088

---

**Patient: WARREN, PERNELL   DOB: 02/02/1988   Progress Note: Francisco Peguero, PA   10/12/2017**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**Insurance:** Self Pay

**WARREN, PERNELL**
NYSID: 05902550Z  BookCase: 3101700589
Facility Code: MDC  Housing Area: 9E
29 Y old Male, DOB: 02/02/1988
Account Number: 258183
292 DELANCY STREET, 4B, NEW YORK, NY-10002

**Appointment Facility:** Manhattan Detention Center

10/12/2017                                   **Appointment Provider:** Joseph Mccready, PA

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. Gastreoenteritis

**History of Present Illness**
Notes::
    mccready pa note: pt reports ingestion of a meal that contained a ?? unknown substance. He reports episodes of n/v assoc with mild abd discomfort & headache. No fever/chills...no diarrhea. Pt also has irritation the throat but no difficulty swallowing.
VISIT COMPLEXITY SCALE:
    NON-INTAKE ACUITY
    Non-Intake Acuity Scale  2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)

**Vital Signs**

| | BP |
|---|---|
| 120/78 | 10/12/2017 01:42:07 AM Eastern Standard Time    Joseph Mccready |
| | **Pulse** |
| 70 | 10/12/2017 01:42:07 AM Eastern Standard Time    Joseph Mccready |
| | **RR** |
| 14 | 10/12/2017 01:42:07 AM Eastern Standard Time    Joseph Mccready |
| | **Temp** |
| 97.4 | 10/12/2017 01:42:07 AM Eastern Standard Time    Joseph Mccready |
| | **SaO2** |
| 98 | 10/12/2017 01:42:07 AM Eastern Standard Time    Joseph Mccready |

Patient: WARREN, PERNELL   DOB: 02/02/1988   Progress Note: Joseph Mccready, PA   10/12/2017
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsecwproapp.nychhc.org/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encou...   12/14/2017

**Examination**
General Examination:
    GENERAL APPEARANCE: well-appearing, no acute distress.
    HEENT: atraumatic, PERRLA.
    ORAL CAVITY: clear, mucosa moist.
    NECK: supple.
    HEART: normal, RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-, normal S1S2.
    LUNGS: clear to auscultation, good air exchange, no wheezes.
    ABDOMEN: soft, NT/ND, BS present, no guarding or rigidity, and no rebound.
    NEUROLOGIC EXAM: alert and oriented x 3, CN's II-XII grossly intact.
    MENTAL STATUS: alert, oriented to person, oriented to place, oriented to time, normal, full affect, euphoric affect, no thought disorder.

**Assessments**
1. Gastroenteritis, viral - 008.8 (Primary)

**Treatment**
**1. Gastroenteritis, viral**
Start Alum & Mag Hydroxide-Simeth Suspension, 400-400-40 MG/5ML, Total Dose: 30cc, Orally, stat, 1 days, Refills 0, Drug Source: Pharmacy
Notes: pt ed for progressive diet & RTC if encreased abd pain, fever or change in BM'S.

**Follow Up**
prn, 2 - 3 Days

**Appointment Provider:** Joseph Mccready, PA

Electronically signed by Joseph Mccready PA on 12/14/2017 at 09:27 AM EST
Sign off status: Pending

---

Patient: WARREN, PERNELL   DOB: 02/02/1988   Progress Note: Joseph Mccready, PA   10/12/2017
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Manhattan Detention Center**
125 White Street
New York, NY 10013
Tel: 347-774-7000
Fax: 347-774-8088

Patient: WARREN, PERNELL    DOB: 02/02/1988    Progress Note: Joseph Mccready, PA    10/12/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Pro Se Intake Unit
500 Pearl Street
New York, New York 10007

USM P3 SDNY

NY DOCKET UNIT
2018 MAY 17 AM 3:18

