**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PERNELL WARREN,
                 Plaintiff,

   -against-                                      18 **CIVIL** 4410 (ALC)

## JUDGMENT

THE CITY F NEW YORK, ET AL.,
                 Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 21, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
          January 22, 2020

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                    BY:
                                                      Deputy Clerk

                                           THIS DOCUMENT WAS ENTERED
                                           ON THE DOCKET ON 1/22/2020